UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

**CAROLINA DEL VALLE MOLINA,**          Case Number 19-23739-RAM
                                         Chapter 13
    Debtor(s).

_____/

### GLORIA MOLINA'S MOTION FOR PROTECTIVE ORDER

*Movant requests that this matter be set for hearing on June 16, 2020 at 9:00 a.m. along with other related matters in this case.*

**GLORIA MOLINA**, by and through undersigned counsel, pursuant to Rule 7026 of the Federal Rules of Bankruptcy Procedure and Local Rule 2004-1(C), hereby files her *Motion for Protective Order* and states:

### BACKGROUND

1. This is a Chapter 13 case which was filed on October 14, 2019.

2. Face Bank International Corporation ("Face Bank") holds the mortgage secured against the Debtor's homestead property.

3. The Debtor and Face Bank engaged in this Court's Mortgage Mediation Modification program. The review resulted in a denial.

4. The Debtor modified her plan to propose a cure and maintain plan for Face Bank. The First Modified Plan which cures and maintains Face Bank is at D.E. 77.

5. The Debtor's mother, Gloria Molina ("Mrs. Molina") has agreed to assist her daughter financially each month so that her daughter can maintain her home.

6. Mrs. Molina executed an Affidavit of Support which was filed at D.E. 79.

7. Face Bank then filed a Notice of Bankruptcy Rule 2004 Videotaped Examination *Duces Tecum* of Gloria Molina [D.E. 80].

## LEGAL ARGUMENT

8. Rule 7026(c) of the Federal Rules of Bankruptcy Procedure empowers the Court to issue a protective order prohibiting discovery to protect a party from "annoyance, embarrassment, oppression or undue burden."

9. The *duces tecum* in the Rule 2004 examination asks for extensive financial documents including proof of income, bank statements, tax returns, evidence of any assets, contracts, etc. for over the last four years of Mrs. Molina's life. The request also asks for proof of support Mrs. Molina has provided to her daughter over the last five years.

10. There is no doubt that Face Bank's request of Mrs. Molina's finances is made for the sole purpose of annoyance and to create an undue burden. Mrs. Molina's finances for the last four years have no bearing on her ability to support her daughter today.

11. Additionally, setting Mrs. Molina for a Rule 2004 Examination, is simply a tactic to create embarrassment and strain between Mrs. Molina and the Debtor.

12. Mrs. Molina should not be punished with the undue burden of having to produce four years worth of financial documents and to sit for a deposition when she is solely assisting her daughter in keeping her home – as any mother who is able to do, would do.

13. Finally, Face Bank notices this Rule 2004 examination without clearing the date with undersigned counsel and undersigned counsel has conflicts and is unable to attend an examination on the currently noticed date.

14. A review of Face Bank's involvement in this bankruptcy case along with the actions its taken against Mrs. Molina clearly show that Face Bank's intent here is to frustrate and annoy the Debtor since the Debtor was able to find a way to resolve Face Bank's mortgage and keep her home.

15. Pursuant to Local Rule 2004-1(c), Mrs. Molina's Rule 2004 examination is stayed until the court rules on this Motion.

**WHEREFORE**, **GLORIA MOLINA**, respectfully requests that his court issue a protective order prohibiting Face Bank's discovery against Mrs. Molina and for any other relief deemed just and proper in the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent on June 5, 2020, via CM/ECF to the parties listed below and to all parties registered to receive notice via CM/ECF:

- Nancy K. Neidich, Chapter 13 Trustee
- Office of the United States Trustee
- Face Bank International Corporation, c/o Leyza F. Blanco, Esq.

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**KINGCADE & GARCIA, P.A**
Counsel for the Debtor and Gloria Molina
Kingcade Building
1370 Coral Way ▪ Miami, Florida 33145-2960
WWW.MIAMIBANKRUPTCY.COM
Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542

/s/ Timothy S. Kingcade
x   Timothy S. Kingcade, Esq., FBN 082309
☐  Wendy Garcia, Esq., FBN 0865478
☐  Jessica L. McMaken, Esq., FBN 580163