**UNITED STATES BANKRUPTCY OURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:

CAROLINA MOLINA                                    Case No.: 19-23739-RAM

                                                                             Chapter 13

_____Debtor(s)_____/

### DEBTOR'S OBJECTION TO SUPPLEMENTAL NOTICE OF POST-PETITION FEES, EXPENSES AND CHARGES FILED BY FACE BANK INTERNATIONAL CORPORATION

*Debtor requests that this matter be set for hearing on June 16, 2020 at 9:00 a.m. along with other related matters in this case.*

      **COMES NOW**, the Debtor, **CAROLINA MOLINA**, by and through undersigned counsel files this Objection to Supplemental Notice of Post-Petition Fees, Expenses, and Charges filed by Face Bank International Corporation and in support thereof states as follows:

      1. Face Bank International Corporation ("Face Bank") holds the mortgage on the Debtor's homestead property. The Debtor has filed a First Modified Plan which cures and maintains the mortgage. The hearing on the Motion to Approve the First Modified Plan is scheduled for June 16, 2020.

      2. Face Bank International Corporation filed a Notice of Post-Petition Mortgage Fees, Expenses, and Charges [Doc under Claim No. 3] ("NPPF"). The document states that Face Bank has incurred attorney's fees of $32,551.91 and attaches an addendum with six (6) dates but with no time itemization or any other detail evidencing how this fee amount was reached.

      3. On May 29, 2020, Face Bank filed a supplemental NPPF. Suddenly, the attorneys fees allegedly owed to Face Bank was reduced to $28,782.88.

4. Face Bank has now attached an itemization of their attorney's fees. A review of the itemization will reveal excessive time entries for simple tasks, multiple entries for the same tasks, and charges for administrative tasks such as calendaring deadlines or saving documents.

5. The Debtor objects to the NPPF filed by Face Bank and requests that the Court review Face Bank's supplemental NPPF and award an attorney's fees that is reasonable and just.

**WHEREFORE**, the Debtor, **CAROLINA MOLINA**, respectfully requests that this Court grant the relief sought by the Debtor and grant such other relief as this Court may deem just and equitable under the circumstances.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via CM/ECF to the following parties this 5th day of June 2020.

- Nancy K. Neidich, Chapter 13 Trustee
- Office of the United States Trustee
- Face Bank International Corporation, c/o Leyza F. Blanco, Esq.

*CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)*

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**KINGCADE & GARCIA, P.A**
Counsel for the Debtor
Kingcade Building
1370 Coral Way ▪ Miami, Florida 33145-2960
WWW.MIAMIBANKRUPTCY.COM
Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542

/s/ Timothy S. Kingcade, Esq.
x  Timothy S. Kingcade, Esq., FBN 082309
☐ Jessica L. McMaken, Esq., FBN 580163