

**ORDERED in the Southern District of Florida on June 17, 2020.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

In re:

**CAROLINA DEL VALLE MOLINA**                    Case Number 19-23739-RAM
                                                Chapter 13
    Debtor.
_____/

**ORDER DENYING MOTION TO COMPEL DEBTOR TO COMPLY WITH
CREDITOR, FACE BANK INTERNATIONAL CORPORATION'S
NOTICE OF RULE 2004 EXAMINATION**

    **THIS CAUSE** came before the Court on June 16, 2020 at 9:00 AM on *Creditor, Face Bank International Corporation's Motion to Compel Debtor to Comply with Notice of Rule 2004 Examination* [D.E. 81] ("Motion") and the Court having heard argument of counsel, it is

    **ORDERED AND ADJUDGED:**

1. The Creditor's Motion is **DENIED**, without prejudice.

###

Submitted by:
Timothy S. Kingcade, Esq.
Kingcade & Garcia, P.A.
1370 Coral Way
Miami, FL 33145
Phone: (305) 285-9100
Fax: (305) 285-9542
scanner@miamibankruptcy.com
Attorney Kingcade is hereby directed to serve a copy of this order on all interested parties immediately upon receipt.