

**ORDERED in the Southern District of Florida on June 17, 2020.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

**CAROLINA DEL VALLE MOLINA**　　　　Case Number 19-23739-RAM
　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtor.
_____/

### ORDER GRANTING MOTION FOR PROTECTIVE ORDER FILED BY GLORIA MOLINA

**THIS CAUSE** came before the Court on June 16, 2020 at 9:00 AM on *Gloria Molina's Motion for Protective Order* [D.E. 87] ("Motion") and the Court having heard argument of counsel, it is

**ORDERED AND ADJUDGED:**

1. Gloria Molina's Motion is **GRANTED**.

###

Submitted by:
Timothy S. Kingcade, Esq.
Kingcade & Garcia, P.A.
1370 Coral Way
Miami, FL 33145
Phone: (305) 285-9100
Fax: (305) 285-9542
scanner@miamibankruptcy.com
Attorney Kingcade is hereby directed to serve a copy of this order on all interested parties immediately upon receipt.