UNITED STATES BANKRUPTCY OURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:

CAROLINA MOLINA                                         Case No.: 19-23739-RAM

                                                        Chapter 13

_____Debtor(s)_____/

## DEBTOR'S SUPPLEMENTAL OBJECTION TO SUPPLEMENTAL NOTICE OF POST-PETITION FEES, EXPENSES AND CHARGES FILED BY FACE BANK INTERNATIONAL CORPORATION

**COMES NOW**, the Debtor, **CAROLINA MOLINA**, by and through undersigned counsel files this Supplemental Objection to Supplemental Notice of Post-Petition Fees, Expenses, and Charges filed by Face Bank International Corporation and in support thereof states as follows:

1. Face Bank International Corporation ("Face Bank") holds the mortgage on the Debtor's homestead property. The Debtor has filed a First Modified Plan which cures and maintains the mortgage. The hearing on the Motion to Approve the First Modified Plan is scheduled for June 16, 2020.

2. Face Bank International Corporation filed a Notice of Post-Petition Mortgage Fees, Expenses, and Charges [Doc under Claim No. 3] ("NPPF"). The document states that Face Bank has incurred attorney's fees of $32,551.91 and attaches an addendum with six (6) dates but with no time itemization or any other detail evidencing how this fee amount was reached.

3. On May 29, 2020, Face Bank filed a supplemental NPPF. Suddenly, the attorneys fees allegedly owed to Face Bank was reduced to $28,782.88.

4. Face Bank has now attached an itemization of their attorney's fees. A review of the

itemization will reveal excessive time entries for simple tasks, multiple entries for the same tasks, and charges for administrative tasks such as calendaring deadlines or saving documents.

5. On June 16, 2020, the Court conducted a preliminary hearing on the Debtor's Objection to Face Bank's Supplemental Notice of Post-Petition Fees and directed the Debtor to file a supplemental response by July 1, 2020.

6. The Debtor has a general objection to all time entries which relate to "correspondence" that is billed in excess of .1 hours. Additionally, the Debtor has a general objection to all time entries which refer to "inter-office conference" and are billed at more than .2 hours. There are a plethora of time entries relating to "correspondence" and "inter-office conference" which are billed at an excessive rate and the time entry should be reduced by this Court.

7. The Debtor has a general objection to all time entries which cover the same period and the same tasks which are billed by bankruptcy counsel and by state court counsel. Bankruptcy counsel was retained for this matter – why is state court counsel involved with bankruptcy related matters? This Court should strike all duplicative time entires.

8. Additionally, the Debtor takes issue with the specific time entries detailed below – each entry is referred to by the page number in which it is found on the Amended Notice of Post-Petition Fees, followed by the date of entry:

| Page / Date | Explanation for Objection |
| --- | --- |
| p. 6 / 11-19-2019<br>p. 24 / 11-19-2019 | Duplicative time entries for state court counsel and bankruptcy counsel on the same tasks. Why is state court counsel involved when bankruptcy counsel has been retained? |
| p. 6-8<br>11/20/2019 through<br>12/05/2019 | Excessive time entries for preparation of a 4 page stay relief motion and 2-page objection to confirmation totals 11.7 hours and $3,568.50. |
| p. 24 – 25 | Excessive time entries - another 1.6 hours of time billed totaling |

| | |
|---|---|
| 12/03/2019 through 12/04/2019 | $420.00 for state court counsel review of the 4 page stay relief motion and 2 page objection to confirmation. |
| p. 8 / 12/05/2019 | Excessive time entries - 2.9 hours billed totaling $884.50 to prepare and attend a 341 meeting. |
| p. 9 / 12/06/2019 | Excessive time entries - .2 hours billed to review and calendar a notice of hearing. |
| p. 9 / 12/06/2019 through 12/30/2019<br>p. 32-33 12/06/2019 through 12/30/2019 | Duplicative time entries for state court counsel and bankruptcy counsel on the same tasks. Why is state court counsel involved when bankruptcy counsel has been retained? State court counsel billing totals $1,052.00 for this time period. |
| p. 9 / 12/30/2019 through 01/03/2020 | Excessive time entries - a total of 5.4 hours billed totaling $1,647.00 to prepare proof of claim with a 2-page addendum. |
| p. 12 / 01/09/2020 through 01/13/2020 | Excessive time entries - a total of 1.5 hours billed totaling $457.50 to confirm continuation of stay relief and confirmation hearings. |
| p. 12 / 01/13/2020 | Excessive time entries - .5 hours billed to review mediators. |
| p. 12 / 01/16/2020 | Excessive time entries - .2 hours billed to review and calendar a notice of hearing. |
| p. 12 / 01/17/2020 through 01/28/2020 | Excessive time entries – a total of 2.6 hours totaling $793.00 for the Creditor to register to the MMM portal. |
| p. 27 / 01/17/2020 through 01/28/2020 | Duplicative and excessive time entries from state court counseling totaling $500.00 dealing with getting the Creditor to register to the MMM portal. |
| p. 18 / 03/10/2020 | Excessive time entries – 2.8 hours billed totalling $854.00 for preparation and attendance of confirmation hearing. |

9. The Debtor objects to the supplemental NPPF filed by Face Bank and requests that the Court review Face Bank's supplemental NPPF, review the Debtor's objections as detailed above, and award an attorney's fees that is reasonable and just.

WHEREFORE, the Debtor, **CAROLINA MOLINA**, respectfully requests that this Court grant the relief sought by the Debtor and grant such other relief as this Court may deem just and equitable under the circumstances.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via CM/ECF to the following parties this 1st day of July 2020.

- Nancy K. Neidich, Chapter 13 Trustee
- Office of the United States Trustee
- Face Bank International Corporation, c/o Leyza F. Blanco, Esq.

*CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)*

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**KINGCADE & GARCIA, P.A**
Counsel for the Debtor
Kingcade Building
1370 Coral Way ▪ Miami, Florida 33145-2960
WWW.MIAMIBANKRUPTCY.COM
Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542

/s/ Timothy S. Kingcade, Esq.
x  Timothy S. Kingcade, Esq., FBN 082309
☐  Jessica L. McMaken, Esq., FBN 580163