B 10S2 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT

### Southern District of Florida

In re   CAROLINA DEL VALLE MOLINA                    ,          Case No.   19-23739-BKC-RAM
      Debtor

Chapter   13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

**If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**  Face Bank International Corporation              **Court claim no.** (if known):  3

**Last four digits** of any number you use to
identify the debtor's account:          ____ ____ ____ ____

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐  No
☑  Yes. Date of the last notice:  05/06/2020
                   mm/dd/yyyy

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | See Attached | (3) | $ 28,782.88 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☑ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

**X** _____   Date _____
Signature                                                   mm/dd/yyyy

**Print:**   Carlos Pan
First Name           Middle Name      Last Name     Title   Director

**Company**   Face Bank International Corporation

**Address**   2800 Weston Rd., Suite 200
Number        Street
Weston Florida 33326
City                 State    ZIP Code

Contact phone _____    Email _____

[Reset]                       [Save As...]    [Print]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Amended Notice of Post-Petition

Mortgage Fees, Expenses, and Charges has been served upon all interested parties listed below,

including the Debtor and the Trustee, on May 29, 2020.

Date: May 29, 2020     Respectfully submitted,
             SEQUOR LAW
             1111 Brickell Avenue, Suite 1250
             Miami, FL 33131
             lblanco@sequorlaw.com
             afinley@sequorlaw.com
             Telephone: (305) 372-8282
             Facsimile: (305) 372-8202

             By: */s/ Amanda E. Finley*
               Leyza F. Blanco
               Florida Bar No.: 104639
               Amanda E. Finley
               Florida Bar No.: 100225

## SERVICE LIST

- Timothy S Kingcade scanner@miamibankruptcy.com,
  kingcadeserve@bellsouth.net;r46540@notify.bestcase.com
- Kristina Gonzalez kgp@miamibankruptcy.com
- Jessica McMaken jlm@miamibankruptcy.com
- Nancy K. Neidich e2c8f01@ch13miami.com, ecf2@ch13miami.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

# Sequor Law, P.A.

1111 Brickell Avenue
Suite 1250
Miami, Florida 33131
Phone: 305.372.8282
Telefax: 305.372.8202

FIN# 65-0969404

December 11, 2019

Invoice# 29204

Gutierrez & Associates

Blanco, Leyza

1200 Brickell Avenue, Suite 350
Miami, FL  33131

Attention:    Kathleen M. Sales, Esq.

Re:    Ibarra / Del Valle Molina

Our file:    20084  1001

15% Discount on Fees

## For professional services rendered through    10/31/2019

| Date | | Description | Hours |
|---|---|---|---|
| 10/15/2019 | LFB | Review docket and filings in new bankruptcy. | 0.60 hrs. |
| 10/23/2019 | LFB | Review correspondence, review docket and respond to inquiry regarding strategy for dismissal. | 0.30 hrs. |
| 10/28/2019 | JMD | Email correspondence to L. Blanco regarding notice of appearance. | 0.10 hrs. |
| 10/28/2019 | JMD | Receipt and review various financial reports for September 2019 for the various Debtors and email correspondence to clients regarding same. | 0.40 hrs. |
| 10/28/2019 | LFB | Review new filings and prepare correspondence to K. Sales regarding details relating to same. | 1.10 hrs. |
| 10/29/2019 | JMD | Draft notice of appearance for Leyza Blanco. | 0.40 hrs. |
| 10/29/2019 | LFB | Review correspondence with details regarding payments and facts surrounding debtors declarations; follow up with co-counsel regarding request for appraisal. | 0.10 hrs. |

=========

TOTAL PROFESSIONAL SERVICES:                $1,281.00

## DISBURSEMENTS

| | | |
|---|---|---|
| 10/31/2019 | Photocopy charges incurred. | $7.00 |

=========

TOTAL DISBURSEMENTS:                $7.00

## TIMEKEEPER RATES

| | | | | |
|---|---|---|---|---|
| LFB | Blanco, Leyza | 2.10 | 535.00 | 1123.50 |

Face Bank International Corp.                          Invoice# 29204              Page **2**

JMD        Diaz, Jennifer                          0.90          175.00          157.50


**<u>BILLING SUMMARY</u>**

| | |
|---|---|
| Total professional services | $1,281.00 |
| Total disbursements | $7.00 |
| Courtesy Discount | $192.15  CR |

----------------

**Total of new charges for this invoice**          **$1,095.85**

# Sequor Law, P.A.

1111 Brickell Avenue
Suite 1250
Miami, Florida 33131
Phone: 305.372.8282
Telefax: 305.372.8202

FIN# 65-0969404

January 06, 2020

Invoice# 29296

Gutierrez & Associates

Blanco, Leyza

1200 Brickell Avenue, Suite 350
Miami, FL 33131

Attention:    Kathleen M. Sales, Esq.

Re:    Ibarra / Del Valle Molina

   Our file:        20084  1001

   15% Discount on Fees

**For professional services rendered through        11/30/2019**

| | | | |
|---|---|---|---|
| 11/19/2019 | JMD | Receipt and review email correspondence from K. Sales and follow up email correspondence to L. Blanco regarding same. | 0.20  hrs. |
| 11/19/2019 | LFB | Analyze strategy and follow up with A. Finley regarding 341 meeting and motion for stay relief. | 0.60  hrs. |
| 11/20/2019 | AEF | Review case file, including Schedules and Statements and Chapter 13 Plan; review correspondence between the client and L. Blanco; correspondence with L. Blanco ███████ ███████      begin drafting motion for stay relief. | 2.70  hrs. |
| 11/21/2019 | AEF | Correspondence with L. Blanco on Objection to Confirmation; continue reviewing the Schedules, Statements, and Chapter 13 Plan; research and analyze applicable basis for motion for stay relief given that there is equity in the property, specifically research what could constitute "cause" based on the facts in this case; continue drafting motion for stay relief; draft Objection to Confirmation on the basis that the plan does not make the regular mortgage payment, does not account to pay arrearage at all, and the plan states that a motion for referral to the mortgage modification mediation was filed when it was not. | 4.20  hrs. |
| 11/22/2019 | AEF | Continue reviewing a revising motion for stay relief and objection to confirmation; continue researching what could constitute "cause" based on the facts in this case and statutory authority and case law supporting an objection to confirmation. | 1.20  hrs. |
| 11/26/2019 | AEF | Review and revise Motion for Stay Relief and | 1.10  hrs. |

Face Bank International Corp.                                    Invoice# 29296              Page **2**

|            |     | Objection to Confirmation.                                    |          |
|------------|-----|--------------------------------------------------------------|----------|
| 11/27/2019 | AEF | Correspondence with J. Diaz on objection to confirmation deadline. | 0.20  hrs. |

========

TOTAL PROFESSIONAL SERVICES:                 $3,223.00

========

## BILLING SUMMARY
## TIMEKEEPER RATES

| LFB | Blanco, Leyza     | 0.60 | 535.00 | 321.00  |
|-----|-------------------|------|--------|---------|
| JMD | Diaz, Jennifer    | 0.20 | 175.00 | 35.00   |
| AEF | Finley, Amanda E  | 9.40 | 305.00 | 2867.00 |

Total professional services                      $3,223.00

Courtesy Discount                                $483.45  CR

----------------

**Total of new charges for this invoice**        **$2,739.55**

# Sequor Law, P.A.

1111 Brickell Avenue
Suite 1250
Miami, Florida 33131
Phone: 305.372.8282
Telefax: 305.372.8202

FIN# 65-0969404

January 24, 2020                                          Invoice# 29345

Gutierrez & Associates                              Blanco, Leyza

1200 Brickell Avenue, Suite 350
Miami, FL 33131

Attention:    Kathleen M. Sales, Esq.

Re:    Ibarra / Del Valle Molina

Our file:            20084  1001

15% Discount on Fees

**For professional services rendered through        12/31/2019**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/07/2019 | JMD | Email correspondence to clients regarding ███████████ | 0.20 hrs. |
| 12/02/2019 | AEF | Correspondence and conference with L. Blanco on the motion for stay relief and objection to the Plan; review state court docket and final judgment to include further details in the objection and motion for stay relief; correspondence with K. Sales on ██████. | 1.20 hrs. |
| 12/02/2019 | LFB | Review draft motion for stay relief and objection to confirmation and analyze strategy for additional basis for stay relief and 341 meeting. | 1.60 hrs. |
| 12/03/2019 | AEF | Correspondence with K. Sales regarding ███████ ███████████; correspondence with L. Blanco on questions to ask at the 341 meeting; correspondence with K. Sales on ██ ████████████ review revised documents; incorporate comments and revise motion and objection; seek confirmation on full amount owed. | 1.30 hrs. |
| 12/04/2019 | AEF | Review and respond to correspondence from K. Sales on ██████████████ prepare for section 341 meeting, review schedules and Chapter 13 Plan. | 0.90 hrs. |
| 12/04/2019 | LFB | Review and analyze strategy for stay relief. | 0.60 hrs. |
| 12/05/2019 | AEF | Prepare for and attend section 341 meeting of creditors; review, revise, and file motion for stay relief and objection to confirmation; correspondence with client team on same. | 2.90 hrs. |

Face Bank International Corp.                                Invoice# 29345                    Page **2**

| 12/06/2019 | JMD | Receipt and review notice of hearing regarding motion for stay relief and docket same. | 0.20 hrs. |
|---|---|---|---|
| 12/09/2019 | AEF | Review Chapter 13 Trustee's Objection to Homestead Exemption due to renting property; correspondence and conference with L. Blanco on same; research and analyze applicable homestead law when a debtor is renting a portion of the property for residential purposes; correspondence with L. Blanco on same. | 1.70 hrs. |
| 12/09/2019 | LFB | Review and follow up regarding Trustee's objection to exemptions regarding property and joinder to same. | 0.70 hrs. |
| 12/16/2019 | AEF | Review and respond to correspondences from K. Sales regarding ███████████████████ ███; schedule meeting for tomorrow on same. | 0.40 hrs. |
| 12/17/2019 | AEF | Correspondence and conference with K. Sales regarding ████████████████; further correspondence with K. Sales on ████████; conference with L. Blanco on same. | 0.40 hrs. |
| 12/17/2019 | LFB | Analyze strategy for 2004 and related filings. | 0.70 hrs. |
| 12/20/2019 | AEF | Review and respond to K. Sales regarding ████████. | 0.20 hrs. |
| 12/20/2019 | LFB | Review and finalize notice of 2004 examination. | 0.30 hrs. |
| 12/27/2019 | AEF | Review Schedules and Statements of Financial Affairs; review motion for stay relief and objection to confirmation; draft comprehensive Rule 2004 Notice to the Debtor; file with the Court; review filed version; send to the client team. | 2.20 hrs. |
| 12/30/2019 | AEF | Review client documents and correspondence; draft proof of claim; correspondence with K. Sales on ███████████████; draft proof of claim addendum and send to client team; review Motion for Mortgage Modification Mediation program referral and Consent to Participate from Carlos Ibarra. | 2.20 hrs. |

========

TOTAL PROFESSIONAL SERVICES:            $6,243.50

**DISBURSEMENTS**

| 12/31/2019 | Photocopy charges incurred. | $10.00 |
|---|---|---|
| 12/31/2019 | Online research | $53.88 |

========

TOTAL DISBURSEMENTS:            $63.88

**TIMEKEEPER RATES**

Face Bank International Corp.                                Invoice# 29345                    Page**3**

| LFB | Blanco, Leyza | 3.90 | 535.00 | 2086.50 |
| JMD | Diaz, Jennifer | 0.40 | 175.00 | 70.00 |
| AEF | Finley, Amanda E | 13.40 | 305.00 | 4087.00 |

## **BILLING SUMMARY**

| | |
|---|---|
| Total professional services | $6,243.50 |
| Total disbursements | $63.88 |
| Courtesy Discount | $936.53  CR |
| | ---------------- |
| **Total of new charges for this invoice** | **$5,370.85** |

# Sequor Law, P.A.

1111 Brickell Avenue
Suite 1250
Miami, Florida 33131
Phone: 305.372.8282
Telefax: 305.372.8202

FIN# 65-0969404

February 26, 2020

Invoice# 29455

Gutierrez & Associates

Blanco, Leyza

1200 Brickell Avenue, Suite 350
Miami, FL 33131

Attention:    Kathleen M. Sales, Esq.

Re:    Ibarra / Del Valle Molina

Our file:        20084  1001

15% Discount on Fees

**For professional services rendered through        01/31/2020**

| | | | |
|---|---|---|---|
| 01/02/2020 | AEF | Conference with K. Sales regarding ████████; review draft proof of claim; revise addendum based on new information; circulate Motion for Referral to Mortgage Modification Mediation and Order on same; research and analyze the MM program requirements. | 0.60  hrs. |
| 01/03/2020 | AEF | Correspondence on ████████; file with Court; send proof of claim to client team; correspondence with client team on the MMM motion, registering for the Portal and the Consent by the spouse to participate; research and analyze the MMM program requirements; conference with A. Popowitz on same; correspondence with L. Blanco on same; correspondence with K. Sales on ████████ | 2.60  hrs. |
| 01/03/2020 | LFB | Review and follow up regarding applicability of MMM to claim. | 0.30  hrs. |
| 01/06/2020 | AEF | Correspondence with L. Blanco regarding the loan modification and continuing the Rule 2004 Notice pending the MMM result; conference with K. Sales; review and respond to correspondence from debtor's counsel on the deposition date not being available for the debtor and counsel; correspondence with client team on ████████. | 0.90  hrs. |
| 01/07/2020 | AEF | Review to correspondence from K. Sales regarding ████████; review amended plan and objection and respond to same. | 0.10  hrs. |
| 01/08/2020 | AEF | Follow up with debtor's counsel regarding the date | 0.20  hrs. |

Face Bank International Corp.                                    Invoice# 29455                    Page **2**

|            |     |                                                                                                                                                                                                             |          |      |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|------|
|            |     | to respond to the Rule 2004 Notice; schedule call with debtor's counsel tomorrow.                                                                                                                            |          |      |
| 01/09/2020 | AEF | Correspondence and conference with debtor's counsel regarding continuing confirmation and the motion for stay relief pending the MMM; correspondence with the client team on same.                           | 0.80     | hrs. |
| 01/12/2020 | AEF | Review and respond to K. Sales email regarding continuing the hearings and the debtor's income.                                                                                                              | 0.30     | hrs. |
| 01/13/2020 | AEF | Correspondence with debtor's counsel to confirm continuance of hearings and regarding the MMM mediation; correspondence with L. Blanco on the MMM mediator; research and provide list of approved mediators; correspondence with debtor's counsel on mediator selection. | 0.40     | hrs. |
| 01/13/2020 | LFB | Review and analyze selection of mediators.                                                                                                                                                                  | 0.50     | hrs. |
| 01/16/2020 | JMD | Receipt and review notice of continued hearing on FaceBank motion for relief from stay and docket hearing date and email correspondence to clients regarding same.                                           | 0.20     | hrs. |
| 01/17/2020 | AEF | Multiple correspondence with debtor's counsel on not being registered on the MMM Portal; multiple correspondence with K. Sales on same; send confirmation to debtor's counsel; call and leave voicemail for K. Sales; correspondence with K. Sales regarding ██████████████████████████████████████████████. | 0.90     | hrs. |
| 01/17/2020 | JMD | Receipt and review second amended plan and email correspondence to clients regarding same.                                                                                                                   | 0.20     | hrs. |
| 01/17/2020 | LFB | Review and follow up regarding correspondence from opposing counsel and review correspondence from K. Sales.                                                                                                 | 0.50     | hrs. |
| 01/21/2020 | JMD | Receipt and review notice of selection of mortgage modification mediator and email to clients regarding same.                                                                                                | 0.20     | hrs. |
| 01/22/2020 | AEF | Correspondence with debtor's counsel about the client not being registered for the MMM Portal and correspondence with K. Sales on same.                                                                      | 0.40     | hrs. |
| 01/23/2020 | JMD | Receipt and review email correspondence regarding registration of Facebank for Mortgage Mediation portal and detailed response to same.                                                                      | 0.40     | hrs. |
| 01/24/2020 | AEF | Multiple correspondence with K. Sales on the ████████████████.                                                                                                                                              | 0.40     | hrs. |
| 01/27/2020 | AEF | Correspondence with debtor's counsel on them being registered for the MMM portal; correspondence with K. Sales on same; further correspondence on needing to re-register with all                            | 0.60     | hrs. |

Face Bank International Corp.                              Invoice# 29455                      Page **3**

|  |  | parties and J. Leon on same. |  |  |
|---|---|---|---|---|
| 01/27/2020 | JMD | Receipt and review order continuing confirmation hearing, docket hearing date and email correspondence to clients regarding same. | 0.20 | hrs. |
| 01/28/2020 | AEF | Correspondence with K. Sales and debtor's counsel regarding registration for the MMM Portal. | 0.30 | hrs. |

========

TOTAL PROFESSIONAL SERVICES:                          $3,498.00

**DISBURSEMENTS**

| 01/10/2020 | Cardmember Service; Invoice # 12232019; Filing fee incurred for Motion to Stay. | $181.00 |
|---|---|---|
| 01/16/2020 | Amanda E. Finley; Invoice # 01102020; Transportation charges incurred;  Uber to hearing on December 5, 2019. | $15.42 |
| 01/31/2020 | Online research | $24.58 |
| 01/31/2020 | Pacer On-line Court Records | $10.30 |

========

TOTAL DISBURSEMENTS:                          $231.30

**TIMEKEEPER RATES**

| LFB | Blanco, Leyza | 1.30 | 535.00 | 695.50 |
|---|---|---|---|---|
| JMD | Diaz, Jennifer | 1.20 | 175.00 | 210.00 |
| AEF | Finley, Amanda E | 8.50 | 305.00 | 2592.50 |

**BILLING SUMMARY**

| Total professional services | $3,498.00 |
|---|---|
| Total disbursements | $231.30 |
| Courtesy Discount | $524.70  CR |

----------------

**Total of new charges for this invoice**              **$3,204.60**

# Sequor Law, P.A.

1111 Brickell Avenue
Suite 1250
Miami, Florida 33131
Phone: 305.372.8282
Telefax: 305.372.8202

FIN# 65-0969404

March 20, 2020

Gutierrez & Associates

1200 Brickell Avenue, Suite 350
Miami, FL  33131

Invoice#  29538

Blanco, Leyza

Attention:    Kathleen M. Sales, Esq.

Re:    Ibarra / Del Valle Molina

      Our file:          20084  1001

      15% Discount on Fees

**For professional services rendered through          02/29/2020**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 02/03/2020 | AEF | Draft motion for extension of discharge and dischargeability deadlines and proposed order; correspondence with debtor's counsel to confirm extension; file with the Court. | 0.80 hrs. |
| 02/03/2020 | JMD | Follow up email correspondence to A. Finley regarding deadline to file objection to discharge and dischargeability. | 0.20 hrs. |
| 02/04/2020 | JMD | Email correspondence to clients regarding Face Bank's agreed motion to extend time to object to discharge. | 0.20 hrs. |
| 02/04/2020 | LFB | Review motion for extension to object to discharge. | 0.20 hrs. |
| 02/05/2020 | LFB | Prepare correspondence to opposing counsel. | 0.20 hrs. |
| 02/06/2020 | AEF | Review and respond to correspondence from K. Sales regarding REDACTED ; correspondence with K. Sales and J. Diaz on REDACTED ; correspondence with debtor's counsel on the MMM process; correspondence with J. Diaz on accessing the documents on the MMM Portal. | 0.90 hrs. |
| 02/06/2020 | JMD | Receipt and review order granting Face Bank extension to object to discharge and email correspondence to clients regarding same; draft certificate of service regarding order extending Face Bank's time to object to discharge; receipt and review various email correspondence regarding MMM Portal and deadline for receipt of documents provided by debtor; research regarding MMM Portal for download of documents provided by | 1.20 hrs. |

Face Bank International Corp.                                    Invoice# 29538              Page**2**

| | | | | |
|---|---|---|---|---|
| | | Borrower. | | |
| 02/06/2020 | LFB | Review various correspondence regarding upcoming mediation. | 0.20 | hrs. |
| 02/07/2020 | AEF | Correspondence with J. Diaz on sending MMM Portal instructions to the client team. | 0.20 | hrs. |
| 02/07/2020 | JMD | Research MMM Portal and telephone conference with portal support regarding procedure for receiving documents provided by borrower and granting access to counsel in MMM Portal and email correspondence to A. Finley regarding same; email correspondence to client regarding procedure for MMM Portal. | 0.70 | hrs. |
| 02/10/2020 | AEF | Correspondence with K. Sales on ████REDACTED████ ████████████; correspondence with debtor's counsel on continuing confirmation and the motion for stay relief; correspondence with client team on ███REDACTED███. | 0.70 | hrs. |
| 02/10/2020 | JMD | Review DMM portal for documents submitted by Debtor and email correspondence to K. Sales regarding same. | 0.30 | hrs. |
| 02/11/2020 | AEF | REDACTED | 0.40 | hrs. |
| 02/11/2020 | JMD | Review DMM Portal for documents provided by Debtor; Review documents provided by debtor and email correspondence to clients regarding same. | 0.40 | hrs. |
| 02/11/2020 | LFB | Review and respond regarding selection of mediator. | 0.20 | hrs. |
| 02/12/2020 | AEF | Review all of the debtor's documents uploaded to the MMM; conference with K. Sales and R. Gutierrez on same; correspondence with J. Diaz on the process for notifying the debtor of incomplete documents; draft list of necessary documents to request from the debtor; correspondence with client team on same; correspondence with debtor's counsel on same. | 2.30 | hrs. |
| 02/13/2020 | AEF | Correspondence with J. McMaken on the list of documents that the bank would like to review from the debtor. | 0.30 | hrs. |
| 02/13/2020 | LFB | Review request for additional documents. | 0.20 | hrs. |
| 02/18/2020 | AEF | Correspondence with K. Sales on the ███REDACTED███ | 0.30 | hrs. |

Face Bank International Corp.                          Invoice# 29538                    Page **3**

|            |     |                                                                                                                                                                                                                                      |           |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |     | REDACTED, correspondence with R. Gutierrez on same.                                                                                                                                                                                   |           |
| 02/18/2020 | JMD | Receipt and review Notice of Selection of Mortgage Modification Mediator and email correspondence to clients regarding same.                                                                                                          | 0.20 hrs. |
| 02/19/2020 | AEF | Correspondence with debtor's counsel on pending document request.                                                                                                                                                                    | 0.20 hrs. |
| 02/20/2020 | AEF | Correspondence with debtor's counsel on document request and adding pay stubs and W-2's; correspondence with J. Diaz on updating the MMM Portal to needing further documents; review and respond to K. Sale's correspondence regarding additional documents and the mediation. | 0.70 hrs. |
| 02/20/2020 | JMD | Receipt and review notice of continued confirmation hearing and email correspondence to clients regarding same; receipt and review correspondence from A. Finley regarding portal; review portal and submit request for additional documents; review portal for mediation date; respond to email correspondences from A. Finley. | 0.80 hrs. |
| 02/21/2020 | AEF | Correspondence with K. Sales on the REDACTED; correspondence with debtor's counsel on same and responsive document being in the MMM Portal; correspondence with J. Diaz downloading and circulating the documents. | 0.60 hrs. |
| 02/21/2020 | JMD | Receipt and review email correspondence regarding additional documents provided; review DMM Portal and email correspondence to clients regarding REDACTED. | 0.30 hrs. |
| 02/24/2020 | AEF | Correspondence with J. Diaz regarding changing the MMM portal to reflect that further document were required. | 0.20 hrs. |
| 02/25/2020 | AEF | Correspondence with K. Sales about REDACTED; follow up regarding whether the documents are sufficient and dates for scheduling the MMM; confirm with the debtor's counsel about the MMM notice; register for MMM portal and review messages. | 0.80 hrs. |
| 02/26/2020 | AEF | Review MMM Portal messages; correspondence with J. Diaz to forward to the client team. | 0.30 hrs. |
| 02/26/2020 | JMD | Review portal and email correspondence to L. Blanco and A. Finley regarding messages and documents provided by debtor and follow up email correspondence to client regarding same. | 0.40 hrs. |
| 02/27/2020 | AEF | Correspondence with client team on REDACTED. | 0.20 hrs. |
| 02/28/2020 | AEF | Follow up on mediation dates with client team;                                                                                                                                                                                       | 0.30 hrs. |

Face Bank International Corp.                    Invoice# 29538          Page**4**

correspondence with K. Sales on same.

|  |  |
|---|---|
|  | ======== |
| TOTAL PROFESSIONAL SERVICES: | $4,163.50 |

## DISBURSEMENTS

| 02/29/2020 | Photocopy charges incurred. | $7.20 |
|---|---|---|
| 02/29/2020 | Online research | $11.84 |

|  |  |
|---|---|
|  | ======== |
| TOTAL DISBURSEMENTS: | $19.04 |

## TIMEKEEPER RATES

| LFB | Blanco, Leyza | 1.00 | 535.00 | 535.00 |
|---|---|---|---|---|
| JMD | Diaz, Jennifer | 4.70 | 175.00 | 822.50 |
| AEF | Finley, Amanda E | 9.20 | 305.00 | 2806.00 |

## BILLING SUMMARY

| Total professional services | $4,182.50 |
|---|---|
| Total disbursements | $19.04 |
| Courtesy Discount | $629.78  CR |
|  | --------------- |
| **Total of new charges for this invoice** | **$3,571.76** |

# Sequor Law, P.A.

1111 Brickell Avenue
Suite 1250
Miami, Florida 33131
Phone: 305.372.8282
Telefax: 305.372.8202

FIN# 65-0969404

April 30, 2020

Invoice# 29631

Gutierrez & Associates

Blanco, Leyza

1200 Brickell Avenue, Suite 350
Miami, FL 33131

Attention:   Kathleen M. Sales, Esq.

Re:   Ibarra / Del Valle Molina

Our file:        20084 1001

15% Discount on Fees

**For professional services rendered through        03/31/2020**

| | | | |
|---|---|---|---|
| 03/02/2020 | AEF | Review and respond to correspondence from K. Sales on ███████████████ ██████ | 0.30 hrs. |
| 03/03/2020 | AEF | Correspondence with debtor's counsel on additional documents requested. | 0.20 hrs. |
| 03/05/2020 | AEF | Correspondence to follow up with debtor's counsel on required documents. | 0.20 hrs. |
| 03/06/2020 | AEF | Correspondence with K. Sales on ████████; correspondence with debtor's counsel on same, additional documents, and continuing the hearing dates; correspondence with mediator on hearing dates. | 0.70 hrs. |
| 03/09/2020 | AEF | Correspondence with K. Sales regarding ███████████████████████ ██████; review document produced by the debtor; correspondence with debtor's counsel on missing documents; correspondence with K. Sales on same; review trustee's notice of deficiency. | 1.20 hrs. |
| 03/09/2020 | JMD | Receipt and review notice of deficiency for confirmation and email correspondence to clients regarding same. | 0.20 hrs. |
| 03/10/2020 | AEF | Correspondence with debtor's counsel about the trustee's refusal to continue the motion for stay relief and confirmation; conference with L. Blanco on same; review motion and objection to confirmation; prepare for and attend Chapter 13 hearing on same; obtain continuance; conference with debtor's counsel on same; correspondence with client team on same; review Notice of | 2.80 hrs. |

Face Bank International Corp.              Invoice# 29631        Page **2**

|  |  |  |  |
|---|---|---|---|
|  |  | Continued Hearing. |  |
| 03/10/2020 | LFB | Analyze issues regarding Trustee's position on continuance and objection to confirmation. | 0.60  hrs. |
| 03/23/2020 | AEF | Multiple correspondence with debtor's counsel on missing documents and request to be copied on all case-related correspondence given that only L. Blanco was sent the last set of documents; review newly produced documents and email containing same; correspondence with K. Sales on same. | 0.80  hrs. |
| 03/24/2020 | AEF | Correspondence with K. Sales on ███████ ████████████████████████ █████████ review Notice of Hearing for Continued Confirmation Hearing and correspondence with J. Diaz on same. | 0.50  hrs. |
| 03/30/2020 | AEF | Correspondence with K. Sales ███████ ████████████████████████████ | 0.20  hrs. |
| 03/31/2020 | AEF | Review and respond to correspondence from K. Sales ███████████████████████ | 0.20  hrs. |

========

TOTAL PROFESSIONAL SERVICES:       $2,521.50

========

## BILLING SUMMARY
## TIMEKEEPER RATES

| | | | | |
|---|---|---|---|---|
| LFB | Blanco, Leyza | 0.60 | 535.00 | 321.00 |
| JMD | Diaz, Jennifer | 0.20 | 175.00 | 35.00 |
| AEF | Finley, Amanda E | 7.10 | 305.00 | 2165.50 |

| | | |
|---|---|---|
| Total professional services | $2,521.50 | |
| Courtesy Discount | $378.23 | CR |

----------------

**Total of new charges for this invoice**      **$2,143.27**

GUTIERREZ & ASSOCIATES
1200 Brickell Avenue. Suite 350
Miami, Florida 33131-3294
(305) 577-4500

December 5, 2019

FACEBANK INTERNATIONAL

████████████████

Invoice# 98919    RJG
Our file# ████████████
Billing through  12/04/2019

CARLOS GUILLERMO SALVADOR IBARRA NACAD & CAROLINA
DEL VALLE MOLINA
10555 NW 64 WAY, DORAL FL. 33178
LOAN # 2010000815

| | |
|---|---:|
| Balance forward | $200.50 |
| Payments received since last invoice | 200.50 |
| | ---------------- |
| Accounts receivable balance carried forward | $0.00 |
| NEW CHARGES THIS INVOICE | $5,363.00 |
| | ---------------- |
| **TOTAL BALANCE NOW DUE** | **$5,363.00** |

PROFESSIONAL SERVICES

F40      FACEBANK INTERNATIONAL/RESIDEN      Invoice# 98919      Page  2



F40   FACEBANK INTERNATIONAL/RESIDEN   Invoice# 98919   Page  4

| | | | | |
|---|---|---|---|---|
| 10/15/2019 | KMS | Review of dedalines applicable to bankruptcy. | 0.30 hrs. | 75.00 |
| 10/15/2019 | KMS | Review of real foreclose for cancellation of sale due to bankruptcy;  Review pacer for information regarding bankruptcy;  Correspond with client regarding bankruptcy and cancellation of sale;  Correspond with bankruptcy counsel regarding new filing;  Review of client response | 0.40 hrs. | 100.00 |
| 10/15/2019 | LNG | Forward bankruptcy notice received. | 0.10 hrs. | 25.00 |
| 10/15/2019 | SEC | Diary deadlines for Ibarra bankruptcy production. | 0.50 hrs. | 0.00 |
| 10/16/2019 | KMS | Telephone conference with interested buyer. | 0.20 hrs. | 50.00 |
| 10/18/2019 | KMS | Follow up with bankruptcy counsel regarding acceptance of case;  review of docket for information;  Retrieve order placing case ion inactive status. | 0.40 hrs. | 100.00 |
| 10/22/2019 | RJG | Inter-office conference regarding status. | 0.20 hrs. | 55.00 |
| 10/22/2019 | KMS | Office conference regarding deadline to correct deficiencies. | 0.20 hrs. | 50.00 |
| 10/23/2019 | KMS | Review of bankruptcy docket;  Correspond with bankruptcy counsel and client regarding missed deadline;  Review of suggested action by bankruptcy counsel. | 0.60 hrs. | 150.00 |
| 10/28/2019 | RJG | Inter-office conference regarding status. Bankruptcy attorney suggestion. | 0.30 hrs. | 82.50 |
| 10/28/2019 | KMS | Review of docket for filings by debtor;  Correspond with bankruptcy counsel regarding same;  Review of Chapter 13 Plan, Schedule of Assets and Notice of Creditors;  Correspond with client regarding same;  Office conference regarding scheduling deadlines. | 0.70 hrs. | 175.00 |

F40         FACEBANK INTERNATIONAL/RESIDEN        Invoice#  98919        Page  5

| 10/28/2019 | LNG | Review and inter-office conference regarding new bankruptcy filings. Inter-office conference regarding same, modification details, lease  and previous payment details. | 0.40 hrs. | 100.00 |
|---|---|---|---|---|
| 10/28/2019 | SEC | Diary several deadlines for bankruptcy compliance. | 0.30 hrs. | 0.00 |
| 10/29/2019 | RJG | Review preliminary report from bankruptcy attorney. Inter-office conference regarding way to proceed. | 0.30 hrs. | 82.50 |
| 10/29/2019 | KMS | Review of email from bankruptcy counsel; Respond to same;  Correspond with client regarding input from bankruptcy counsel and request for appraisal;  Receipt and review of appraisal;  Forward same to bankruptcy counsel;  Research regarding husband 's source of income;  Office conference regarding suggested 2004 notice. | 1.10 hrs. | 275.00 |
| 10/31/2019 | KMS | Further review of Chapt 13 plan for information regarding modification. | 0.40 hrs. | 100.00 |
| 11/01/2019 | KMS | Receipt of plan and notices via mail; Office conference regarding comparison to docket entries. | 0.20 hrs. | 50.00 |
| 11/01/2019 | SEC | Save to system the Chapter 13 Plan and compare it with the original Plan received from Court. | 0.30 hrs. | 0.00 |
| 11/08/2019 | KMS | Review of bankruptcy docket;  Review of NOA. | 0.20 hrs. | 50.00 |
| 11/19/2019 | KMS | Correspond with bankruptcy counsel regarding creditors meeting and lack of receipt of referral to MMM;  Review of docket in connection with same. | 0.50 hrs. | 125.00 |
| 12/02/2019 | KMS | Review of correspondence from bankruptcy counsel;  Respond to same. | 0.20 hrs. | 50.00 |
| 12/03/2019 | RJG | Inter-office conference regarding hearing preparation, other related matters. | 0.30 hrs. | 82.50 |
| 12/03/2019 | RJG | Review motions, inter-office conference regarding same. | 0.40 hrs. | 110.00 |

F40          FACEBANK INTERNATIONAL/RESIDEN          Invoice#  98919          Page   6

| | | | | |
|---|---|---|---|---|
| 12/03/2019 | KMS | Correspond with bankruptcy counsel and client in connection with creditors meeting;  Review of draft motion to lift stay and objection to plan;  Office conference regarding same;  Forward same to bankruptcy counsel with comments;  Office conference regarding post judgment advances and calculation of same. | 0.80 hrs. | 200.00 |
| 12/03/2019 | SEC | Calculate additional interest owed. Confirm dates that Supplemental Affidavits of Attorney's Fees and Costs were e-filed. | 0.20 hrs. | 17.00 |
| 12/04/2019 | RJG | Further review of draft motions. Inter-office conference regarding same. Following up with information. | 0.40 hrs. | 110.00 |
| 12/04/2019 | KMS | Correspond with client regarding information needed for motions;  Follow up with same;  Calculate post judgment amounts;  Review of documentation regarding monthly payments;  Review of property taxes for payment; Office conference regarding same. | 1.00 hrs. | 250.00 |

TOTAL FEES BILLED                                   $4,870.50

EXPENSES

| | | |
|---|---|---|
| 08/20/2019 | ALM Media, LLC; Invoice # I0000417069-0809; Publication | 245.00 |
| 10/08/2019 | ALM Media, LLC; Invoice # I0000426215-0926; Publication | 245.00 |
| 12/04/2019 | Photocopies | 1.50 |
| 12/04/2019 | Postage | 1.00 |

TOTAL EXPENSES BILLED                                   $492.50

\* Prepaid cash remaining balance is          $0.00
\*\* Trust account remaining balance is          $0.00

Billing Summary

Total professional services                    $4,870.50

Total expenses incurred                         $492.50

                                              ----------------

Total of new charges for this invoice          $5,363.00

                                              ----------------

## GUTIERREZ & ASSOCIATES
1200 Brickell Avenue. Suite 350
Miami, Florida 33131-3294
(305) 577-4500

April 15, 2020

FACEBANK INTERNATIONAL



Invoice# 99120    RJG
Our file# ▮▮▮▮▮▮▮▮
Billing through  04/08/2020

CARLOS GUILLERMO SALVADOR IBARRA NACAD & CAROLINA
DEL VALLE MOLINA
10555 NW 64 WAY, DORAL FL. 33178
LOAN #  2010000815

| | | |
|---|---|---|
| Balance forward | $2,361.00 | |
| Payments received since last invoice | 2,361.00 | |
| | --------------- | |
| Accounts receivable balance carried forward | $0.00 | |
| NEW CHARGES THIS INVOICE | $5,832.50 | |
| | --------------- | |
| **TOTAL BALANCE NOW DUE** | **$5,832.50** | |

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 01/02/2020 | KMS | Review and revise proof of claim; Correspond with client regarding proof of claim and execution of same;  Receipt and review of Motion for Referral to MMM and Order Granting same. | 0.60 hrs. | 150.00 |
| 01/03/2020 | KMS | Follow up with client regarding proof of claim and execution of same;  Receipt of same;  Forward to bankruptcy attorney for filing;  Review correspondence from client regarding MMM Portal and mediation; Respond to same;  Correspond with bankruptcy counsel regarding debtor's motion for referral to mediation. | 0.70 hrs. | 175.00 |
| 01/06/2020 | KMS | Office conference regarding mediation and Face Bank's position on same;  Review emails with client regarding modification; Correspond with bankruptcy attorney regarding Face Bank lack of modification; Review of response. | 0.50 hrs. | 125.00 |

F40        FACEBANK INTERNATIONAL/RESIDEN        Invoice#  99120        Page  2

| | | | | |
|---|---|---|---|---|
| 01/07/2020 | KMS | Conference with bankruptcy counsel regarding modification, mediation and alternatives; Receipt and review of Amended Chapter 13 Plan;  Correspond with client regarding case strategy going forward, mediation and alternatives; Review of response agreeing to modification;  Correspond with bankruptcy attorney regarding amended plan and mediation. | 0.80 hrs. | 200.00 |
| 01/09/2020 | KMS | Review of bankruptcy attorney email regarding continuation of deadlines until after mediation and trustee's position. | 0.10 hrs. | 25.00 |
| 01/10/2020 | KMS | Office conference to discuss questions from bankruptcy attorney;  Respond to same. | 0.20 hrs. | 50.00 |
| 01/16/2020 | KMS | Receipt and review of notice of continued hearing on motion for stay relief. | 0.20 hrs. | 50.00 |
| 01/17/2020 | KMS | Conferences with client and bankruptcy attorney regarding registration on MMM Portal and re-registration;  Receipt and review of 2nd Amended Plan;  Correspond with bankruptcy attorney regarding re-scheduling motion for stay relief, discovery due dates and mediator selection. | 0.60 hrs. | 150.00 |
| 01/21/2020 | KMS | Receipt and review of notice of selection of mediator. | 0.10 hrs. | 25.00 |
| 01/22/2020 | KMS | Review of email regarding debtor not able to locate Face Bank on MMM Portal. | 0.10 hrs. | 25.00 |
| 01/23/2020 | KMS | Correspond with client regarding registration on the MMM Portal and payment of mediator;  Correspond with bankruptcy counsel regarding same. | 0.20 hrs. | 50.00 |
| 01/24/2020 | KMS | Follow up with client regarding registration on MMM Portal. | 0.20 hrs. | 50.00 |
| 01/27/2020 | KMS | Conferences regarding client registration on MMM Portal;  Follow up with client and bankruptcy counsel regarding confirmation of same and debtor not able to locate Face Bank on portal. | 0.50 hrs. | 125.00 |
| 01/28/2020 | KMS | Conferences with bankruptcy counsel regarding client registration on the MMM Portal;  Correspond with client regarding same. | 0.40 hrs. | 100.00 |

F40          FACEBANK INTERNATIONAL/RESIDEN          Invoice#    99120          Page    3

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 01/31/2020 | KMS | Office conference regarding deadline for document production. | 0.10 hrs. | 25.00 |
| 02/03/2020 | KMS | Correspond with bankruptcy counsel regarding when to expect debotr documents. | 0.10 hrs. | 25.00 |
| 02/06/2020 | KMS | Receipt and review of court filing;  Follow up with bankruptcy counsel regarding mediation process;  Review of email from bankruptcy attorney regarding same;  Office conference regarding same;  Correspond with bankruptcy counsel regarding accessing documents on MMM Portal. | 0.60 hrs. | 150.00 |
| 02/07/2020 | KMS | Correspond with bankruptcy counsel and client regarding access to MMM Portal and resolving issues with same to gain access to documents. | 0.40 hrs. | 100.00 |
| 02/10/2020 | KMS | Correspond with bankruptcy counsel and client regarding access to MMM Portal and resolving issues with same to gain access to documents. | 0.40 hrs. | 100.00 |
| 02/11/2020 | KMS | Review correspondence from client regarding MMM Portal access;  Review of Molina documents uploaded to same;  Correspond with client regarding documents and timeline; Correspond with bankruptcy counsel regarding same. | 1.00 hrs. | 250.00 |
| 02/12/2020 | KMS | Telephone conference with bankruptcy counsel;  Review of list of additional documents to request. | 0.50 hrs. | 125.00 |
| 02/13/2020 | KMS | Correspond with client regarding good faith evaluation of modification. | 0.20 hrs. | 50.00 |
| 02/18/2020 | KMS | Receipt and review of change of mediator;  Correspond with bankruptcy counsel regarding same;  Follow up with client regarding any additional documents needed to evaluate for modification;  Office conference regarding same. | 0.40 hrs. | 100.00 |
| 02/19/2020 | KMS | Review of email from client. | 0.10 hrs. | 25.00 |
| 02/20/2020 | KMS | Receipt and review of court filing; correspond with bankruptcy counsel regarding additional documents to request. | 0.40 hrs. | 100.00 |
| 02/21/2020 | KMS | Correspond with client regarding modification rejection, mediation and documents;  Receipt of documents. | 0.40 hrs. | 100.00 |

F40        FACEBANK INTERNATIONAL/RESIDEN        Invoice#  99120        Page  4

| | | | | |
|---|---|---|---|---|
| 02/24/2020 | KMS | Office conferences regarding documents received and steps to be taken. | 0.30 hrs. | 75.00 |
| 02/24/2020 | SEC | Save copies of Molina documents to system and print for file. | 0.30 hrs. | 0.00 |
| 02/25/2020 | KMS | Correspond with client regarding messages from MM Portal, review of documents and phone conference;  Correspond with bankruptcy counsel regarding messages from MM Portal. | 0.30 hrs. | 75.00 |
| 02/26/2020 | KMS | Telephone conference with A. Velutini regarding questions;  Review messages from MM Portal and mediators bill. | 0.40 hrs. | 100.00 |
| 02/28/2020 | KMS | Correspond regarding additional documents received and mediation dates. | 0.10 hrs. | 25.00 |
| 03/02/2020 | RJG | Inter-office conference regarding Mediation. | 0.20 hrs. | 55.00 |
| 03/02/2020 | KMS | Office conference regarding client representative at mediation;  Correspond with client regarding same;  Further review of additional documents received;  Correspond with bankruptcy counsel regarding same. | 2.00 hrs. | 500.00 |
| 03/03/2020 | RJG | Inter-office conference regarding documentation submitted by Debtors. | 0.40 hrs. | 110.00 |
| 03/03/2020 | KMS | Office conference regading documentation from borrowers | 0.20 hrs. | 50.00 |
| 03/04/2020 | KMS | Correspond with client regarding mediation dates and analysis of new documentation received from borrower | 0.30 hrs. | 75.00 |
| 03/05/2020 | KMS | Review questions from client in connection with modification;  Respond to same;  Review client availability for mediation;  Office conference regarding same;  Contact bankruptcy counsel regarding mediation dates. | 0.50 hrs. | 125.00 |
| 03/09/2020 | RJG | Review correspondence/documents from Debtor's attorney. | 0.30 hrs. | 82.50 |

F40        FACEBANK INTERNATIONAL/RESIDEN        Invoice#  99120        Page   5

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 03/09/2020 | KMS | Correspond with bankruptcy counsel regarding mediation date and logistics of the same;  Office conference regarding mediation date and documents provided by dentor;  Correspond with client regarding date and logistics;  Review of additional documentation provided by debtor;  Correspond with bankruptcy counsel regarding deficiencies with same. | 1.50 hrs. | 375.00 |
| 03/09/2020 | SEC | Save several Molina files to system and print for KMS.  Diary tentative mediation date. | 0.50 hrs. | 0.00 |
| 03/10/2020 | KMS | Review of update from bankruptcy counsel regarding confirmation hearing and reset of hearing;  Office conference to discuss same. | 0.30 hrs. | 75.00 |
| 03/10/2020 | SEC | Diary new confirmation hearing date. | 0.10 hrs. | 0.00 |
| 03/16/2020 | KMS | Follow up regarding mediation payment. | 0.20 hrs. | 50.00 |
| 03/24/2020 | RJG | Inter-office conference regarding status. Mail to client. | 0.30 hrs. | 82.50 |
| 03/24/2020 | RJG | Inter-office conference regarding mediation. | 0.20 hrs. | 55.00 |
| 03/24/2020 | KMS | Review of correspondence from bankruptcy attorney with additional documentation from debtor;  Correspond with bankruptcy attorney regarding mediation and continuation of case in light of COVID crisis;  Office conferences regarding same, payment to mediator, confirmation of receipt of funds and additional documents received;  Correspond with client regarding mediation, payment and logistics of mediation. | 0.70 hrs. | 175.00 |
| 03/25/2020 | RJG | Following up with Mediator. Mail to client. | 0.20 hrs. | 55.00 |
| 03/25/2020 | KMS | Review and execute letter to mediator enclosing payment;  Review of recent bank statements provided by debtor. | 0.70 hrs. | 175.00 |
| 03/31/2020 | KMS | Correspond regarding premediation conference. | 0.20 hrs. | 50.00 |
| 04/02/2020 | RJG | Conference regarding confirmation. Review motions for extension. Follow up mail to Attorney. | 0.40 hrs. | 110.00 |

F40          FACEBANK INTERNATIONAL/RESIDEN          Invoice#  99120          Page  6

| | | | | |
|---|---|---|---|---|
| 04/02/2020 | KMS | Telephone conference with A. Finley regarding upcoming hearing on preliminary plan confirmation and payments made pursuant to same;  Review of filings in connection with same;  Review of accounting of payments;  Conferences regarding telephone conference with client. | 0.40 hrs. | 100.00 |
| 04/03/2020 | RJG | Conference with client regarding mediation. | 0.30 hrs. | 82.50 |
| 04/03/2020 | KMS | Telephone conference with client and bankruptcy counsel regarding upcoming mediation; Review of documentation in connection with mediation. | 0.40 hrs. | 100.00 |
| 04/08/2020 | RJG | Mediation. Follow up. Inter-office conference | 0.80 hrs. | 220.00 |
| 04/08/2020 | RJG | Review client's question. Inter-office conference regarding same. Response to client. | 0.20 hrs. | 55.00 |
| 04/08/2020 | KMS | Review of documentation in connection with mediation;  Participate in mediation;  Conferences with bankruptcy attorney regarding questions;  Correspond with client regarding additional information needed. | 1.40 hrs. | 350.00 |

TOTAL FEES BILLED                                  $5,832.50

* Prepaid cash remaining balance is        $0.00
** Trust account remaining balance is      $0.00

Billing Summary

Total professional services                    $5,832.50

                                                ----------------

Total of new charges for this invoice          $5,832.50

                                                ----------------

**Total balance now due**                      **$5,832.50**

## GUTIERREZ & ASSOCIATES
### 1200 Brickell Avenue. Suite 350
### Miami, Florida 33131-3294
### (305) 577-4500

March 6, 2020

FACEBANK INTERNATIONAL

Invoice# 99068    RJG
Our file#
Billing through 02/28/2020

CARLOS GUILLERMO SALVADOR IBARRA NACAD & CAROLINA
DEL VALLE MOLINA
10555 NW 64 WAY, DORAL FL. 33178
LOAN #  2010000815

| | | |
|---|---|---|
| Balance forward | $5,363.00 | |
| Payments received since last invoice | 5,363.00 | |
| | ---------------- | |
| Accounts receivable balance carried forward | $0.00 | |
| NEW CHARGES THIS INVOICE | $2,361.00 | |
| | ---------------- | |
| **TOTAL BALANCE NOW DUE** | **$2,361.00** | |

PROFESSIONAL SERVICES

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 12/05/2019 | KMS | Receipt and review of filed motions; Correspond with bankruptcy counsel regarding hearing and possible depositions; Correspond with client regarding same. | 0.40 hrs. | 100.00 |
| 12/06/2019 | RJG | Inter-office conference regarding debtor's depositions. | 0.30 hrs. | 82.50 |
| 12/06/2019 | KMS | Correspond with client regarding timeframe for motions to be heard;  Office conference regading possible depositions. | 0.30 hrs. | 75.00 |
| 12/16/2019 | KMS | Correspond with bankruptcy counsel regarding proof of claim and deposition; Correspond with client regarding proof of claim and signature on same. | 0.40 hrs. | 100.00 |
| 12/17/2019 | RJG | Conference with bankruptcy attorney regarding deposition. | 0.20 hrs. | 55.00 |
| 12/17/2019 | KMS | Telephone conference with bankruptcy counsel regarding debtor deposition; Correspond with client for approval of same. | 0.40 hrs. | 100.00 |

F40          FACEBANK INTERNATIONAL/RESIDEN        Invoice#  99068      Page  2

| 12/19/2019 | KMS | Telephone conference with client regarding deposition and signatory for proof of claim. | 0.30 hrs. | 75.00 |
|---|---|---|---|---|
| 12/20/2019 | KMS | Correspond with client confirming conversation regarding deposition, proof of claim and insurance payment;  Correspond with bankruptcy counsel regarding deposition. | 0.30 hrs. | 75.00 |
| 12/26/2019 | RJG | Review file. Call from client regarding bankruptcy proceedings, other related matters. | 0.30 hrs. | 82.50 |
| 12/26/2019 | LNG | Inter-office conference regarding file and status.  Conference call with client regarding same. | 0.20 hrs. | 50.00 |
| 12/30/2019 | RJG | Inter-office conference regarding information. | 0.30 hrs. | 82.50 |
| 12/30/2019 | KMS | Office conference regarding conversation with client;  Follow up regarding insurances payments;  Review of proof of claim;  Respond to bankruptcy counsel. | 0.60 hrs. | 150.00 |
| 12/30/2019 | KMS | Review of notice of deposition | 0.10 hrs. | 25.00 |
| 12/30/2019 | SEC | Diary various event deadlines from Order Granting Debtor's Verified Ex Parte Motion for Referral to Mortgage Modification Mediation. | 0.50 hrs. | 0.00 |
| 01/02/2020 | KMS | Update post judgment advances. | 0.60 hrs. | 150.00 |
| 01/03/2020 | LNG | Review mediation motion and order, add details to memo.  Inter-office conference regarding same.  Review proof of claim filed. | 0.40 hrs. | 100.00 |
| 01/06/2020 | RJG | Review attorney's mail. Following up with client regarding mediation/alternative. | 0.30 hrs. | 82.50 |
| 01/06/2020 | RJG | Inter-office conference regarding loan modification issue. | 0.30 hrs. | 82.50 |
| 01/06/2020 | SEC | Diary mediation dates from Order. | 0.50 hrs. | 0.00 |
| 01/07/2020 | RJG | Review mail from attorney regarding mediation, other related matters. | 0.20 hrs. | 55.00 |
| 01/07/2020 | RJG | Inter-office conference regarding alternatives. | 0.40 hrs. | 110.00 |
| 01/07/2020 | LNG | Inter-office conference regarding bankruptcy, new filings.  Details from client/bankruptcy attorney.  Review initial loan application. | 0.40 hrs. | 100.00 |

F40        FACEBANK INTERNATIONAL/RESIDEN        Invoice#  99068        Page  3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/08/2020 | LNG | Inter-office conference regarding loan application and bankruptcy details. | 0.20 hrs. | 50.00 |
| 01/10/2020 | RJG | Review attorney's mail. Inter-office conference regarding same. | 0.20 hrs. | 55.00 |
| 01/16/2020 | SEC | Save to system Notice of Continued Hearing on Plaintiff's Motion for Relief from Stay, diary hearing date. | 0.10 hrs. | 0.00 |
| 01/17/2020 | SEC | Diary event deadlines from Order Granting Debtor's  Referral to Mortgage Modification Mediation. | 0.50 hrs. | 0.00 |
| 01/27/2020 | SEC | Save to system court Order Continuing Confirmation Hearing and diary new hearing date. | 0.10 hrs. | 0.00 |
| 02/06/2020 | RJG | Review mediation process. | 0.20 hrs. | 55.00 |
| 02/11/2020 | RJG | Reviewing Debtor's filing, related matters. | 0.30 hrs. | 82.50 |
| 02/11/2020 | LNG | Review statements and other bank documents received.  Inter-office conference regarding same and possible other documents needed from Debtor and client. | 0.50 hrs. | 125.00 |
| 02/12/2020 | RJG | Conference with bankruptcy attorney regarding way to proceed. Inter-office conference regarding same and way to proceed. | 0.40 hrs. | 110.00 |
| 02/19/2020 | SEC | Save Notice to Continue Confirmation Hearing to system and diary. | 0.10 hrs. | 0.00 |
| 02/21/2020 | LNG | Preliminary review of new documents received. | 0.20 hrs. | 50.00 |
| 02/24/2020 | LNG | Preliminary inter-office conference regarding documents received. | 0.40 hrs. | 100.00 |

TOTAL FEES BILLED                                                $2,360.00

EXPENSES

02/28/2020     Postage                                                          1.00

TOTAL EXPENSES BILLED                                 $1.00

\* Prepaid cash remaining balance is        $0.00
\*\* Trust account remaining balance is        $0.00

Billing Summary

F40          FACEBANK INTERNATIONAL/RESIDEN          Invoice#  99068          Page  4

Total professional services                              $2,360.00
Total expenses incurred                                      $1.00
                                               ----------------
Total of new charges for this invoice                    $2,361.00
                                               ----------------

**Total balance now due**                                **$2,361.00**

This Invoice is payable immediately upon receipt.